UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-35885 |
|---|---|
| FRANCESCA LYNN WEATHERS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 15 | GOOD SAMARITAN HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 5.99 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service     05-35885

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

FRANCESCA LYNN WEATHERS
7365 Cimmaron Station
COLUMBUS, OH 43235

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

(33.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA 23225

(15.1)
GOOD SAMARITAN HOSPITAL
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH 45439

(1007.1n)
INDEPENDENCE RECEIVABLES
%RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL 33131-1605

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    sv